UNITED STATES DISTRICT COURT

U. S. DEPARTMENT OF THE TREASURY,
PLAINTIFF

V                          CASE#4:2021-cv-03610

SEIZED FEDERAL SECURITIES,
DEFENDANT

United States Courts
Southern District of Texas
FILED

MAY 23 2022

------------------------------/

Nathan Ochsner, Clerk of Court

CEASE AND DESIST

TO : ALL 3RD PARTY SERVICE PROVIDERS , et al
RE:(ATTACHED DEFENDANT) FEDERAL RESERVE BANK OF NEW YORK
33 Liberty St. New York, NY 10045

     Per. attached 11th Circuit ORDER and supplemental attachments, the (ATTACHED DEFENDANT) has been arrested. Any service provider, contractor, agent, merchant, primary dealer, employee, recipient, class member, payment processor, settlement administrator, payer, payee, intermediary-corresponding bank, and any other person or custodian shall immediately cease and desist all operations, terminate, close, disconnect all services, utilities, registrations, payments, settlements, checks, drafts, invoices, wire transfers, phone-internet, contracts, subscriptions, work- orders, accounts, licenses, leases, bonds, permits, postal-mail, electronically stored info., etc. with the above- mentioned ( ATTACHED DEFENDANT) within 72 hours of receipt, and return evidence of termination along with any property, U.S. Treasury bonds, or money received from the (ATTACHED DEFENDANT) made payable TO: Trustee Recovery Account, P.O. Box #381292 42383 Garfield Rd. Clinton Township, Mich. 48038.

     Whereas, 3rd PARTY is also subject to binding compliance of the National Security Act per. attached warrants in which disclosure to anyone of arrest and cease and desist is prohibited. Failure to comply within the specified time is subject to further arrest and seizure of 3rd PARTY'S assets by the U. S. MARSHALS or any local or state law enforcement officers.

Dated 05-12-2022                  U.S. DEPARTMENT OF THE TREASURY,
                                                  PLAINTIFF

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 21-11738-J

---

U.S. DEPARTMENT OF THE TREASURY,

              Plaintiff - Appellee,

versus

SEIZED FEDERAL SECURITIES,

              Defendant,

DUANE L. BERRY,

              Interested Party - Appellant.

---

Appeal from the United States District Court
for the Northern District of Georgia

---

ORDER:

  The Appellant's motion to stay pending appeal, construed from motion to stay all Orders, Judgments, Mandates, Proceedings or otherwise in this action is GRANTED to the extent that this appeal shall be stayed for a period of sixty (60) days. The Appellant may file a renewed motion for stay at the expiration of the sixty (60) day-time period if necessary.

  The Appellant is directed to file a monthly status report on the 15th of every month until the stay has been lifted.

                       /s/ Robin S. Rosenbaum
                       UNITED STATES CIRCUIT JUDGE

## UNITED STATES COURT OF APPEALS

**UNITED STATES DEPT. OF THE TREASURY,**
   **PLAINTIFF**

**V.**                                                                  **CASE#21-11738**

**SEIZED FEDERAL SECURITIES,**
   **DEFENDANT**

-------------------------------/

## STATUS REPORT BY ORDER

The ORDER has been satisfied to the extent that the Plaintiff has arrested and taken custody of the Defendant by attachments through its Federal Trustee Duane L Berry and the U. S. Marshals Service. No further stay is necessary. See attached executed warrants.

                                                                     /s/Duane L Berry
                                                                     FEDERAL TRUSTEE

RECEIVED IN CLERK
U.S.D.C. - Atlanta
APR -5 2021
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF THE TREASURY, | § § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 1:21-cv-00717-CAP-CCB |
| SEIZED FEDERAL SECURITIES, | § § § | |
| Defendant, | § § | |

### WARRANT FOR ARREST IN REM

TO: THE UNITED STATES MARSHAL AND ANY AUTHORIZED PERSON

WHEREAS, in a matter concerning the National Security of the United States in the above captioned action, the undersigned FEDERAL TRUSTEE, on behalf of the United States Department of the Treasury, has issued a warrant for arrest in rem regarding the recovery and investigation of classified tax records, documents, and banking information pursuant to the National Security Act. [See 50 U.S.C. § 3162(a)(1)]

WHEREAS, the undersigned FEDERAL TRUSTEE is authorized to issue this warrant and no further court action is required. [See 50 U.S.C. § 3162(a)(3)(A) and 26 U.S.C. § 6903]

Dated: March 11, 2021

[signature]
DUANE L. BERRY
FEDERAL TRUSTEE
(26 USC § 6903)

UNITED STATES DEPARTMENT OF THE TREASURY
1500 Pennsylvania Ave. NW
Washington, DC 20220

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S. DEPARTMENT OF THE TREASURY | 1:21-cv-00717-CAP |
| DEFENDANT | TYPE OF PROCESS |
| SEIZED FEDERAL SECURITIES | WARRANT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CNN
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 CNN Center, Atlanta, GA 30303

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. DEPARTMENT OF THE TREASURY
Attn: Mr. Brent J. McIntosh
  (General Counsel)
1500 Pennsylvania Ave., NW
Washington, DC 20220

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE MAINTAIN LEAKED TAX RECORDS, 'SEIZED FEDERAL SECURITIES' (Defendant) in your custody until further notice

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: --- -- ----
DATE: 6/16/21

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. A19
District to Serve No. A19
Signature of Authorized USMS Deputy or Clerk
Date: 7/8/21

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Linda Banks

Address (complete only different than shown above)
289 Culver Street
Lawrenceville, GA 30046

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 16 2021
KEVIN P. WEIMER, Clerk
By: ___ Deputy Clerk

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 13 Aug 21   Time: 11:40 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| * | | | $492.24 | | $0.00 |

REMARKS:
1) 404-827-1500  2) legal dept 4-827-4987   CT Corp 289 Culver St. S Lawrenceville
   General #        Kelly

* See capture report for list of charges.

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>U.S DEPARTMENT OF THE TREASURY | COURT CASE NUMBER<br>1:21-cv-00717 CAP |
|---|---|
| DEFENDANT<br>SEIZED FEDERAL SECURITIES | TYPE OF PROCESS<br>SUBPOENA/WARRANT |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Martins Towing Inc
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  17180 Dix Toledo Hwy, Brownstown, MI 48192

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. DEPARTMENT OF THE TREASURY
Attn: Mr. Brent J. McIntosh
(General Counsel)
1500 Pennsylvania Ave., NW
Washington, DC 20220

| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold

(SEE ATTACHED WARRANT)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 29 2021
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 39 | District to Serve<br>No. E/MI | Signature of Authorized USMS Deputy or Clerk | Date<br>7/23/21 |
|---|---|---|---|---|---|

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Ashley Poore (Office Manager)

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)
Same as above

| Date<br>7/23/2021 | Time<br>9:43 ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy
[signature] #31909

| Service Fee | Total Mileage Charges<br>including endeavors)<br>14 miles/1 endeavor | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: Served without incident to Ashley Poore, Office Manager of Martins Towing INC. on 7/23/2021 @ 0943 hrs.

PRINT 5 COPIES:
1. CLERK OF THE COURT     * 1 endeavor 7/27/2021
2. USMS RECORD            * 14 miles
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT  * 1 hour

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

UNITED STATES DISTRICT COURT

U. S. DEPARTMENT OF THE TREASURY,
PLAINTIFF

V.　　　　　　　　　　　　　　　　　　CASE#1-21-717

SEIZED FEDERAL SECURITIES,
DEFENDANT

_____/

## NOTICE OF FORFEITURE

The real property known as THE FEDERAL RESERVE BANK OF NEW YORK Located at 33 Liberty St., New York, N.Y., 10045 with all appurtenances and attachments thereon and any right to collect and receive any profit, rent, income and proceeds therefrom directly or indirectly including all interest held in or secured by the real property has been attached through the Defendant SEIZED FEDERAL SECURITIES and forfeited to the Plaintiff per. attached executed warrants. Any Unknown Defendant willing to contest the forfeiture must file a notice of appearance within 10 days of service or this notice shall constitute an irrevocable vesting of title and conveyance of property to the Plaintiff.

Dated: 04-12-2022　　　　　　　　　　　　　　/S/ DUANE L. BERRY
　　　　　　　　　　　　　　　　　　　　　　　FEDERAL TRUSTEE

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon:

FEDERAL RESERVE BANK OF NEW YORK
33 Liberty St.
New York, N.Y. 10045

THE FEDERAL RESERVE BANKING SYSTEM
CHAIRMAN JEROME POWELL
20TH St. and Constitution Ave. N.W.
Washington, D.C. 20551

U.S. SENATE COMMITTEE ON BANKING
534 Dirksen Senate Office Bldg.
Washington, D.C. 20510

U.S. HOUSE COMMITTEE ON FINANCIAL SERVICES
2129 Rayburn House Office Bldg.
Washington, D.C. 20515

By U.S. Certified Mail, see attached receipts

Dated: 04-12-2022                        /s/DUANE L. BERRY
                                         FEDERAL TRUSTEE









PRESS FIRMLY TO SEAL




CERTIFIED MAIL®



7021 2720 0001 9067 9317

PRIORITY® MAIL




1004    77002

U.S. POSTAGE PAID
PM 2-Day
STERLING HEIGHTS, MI
48311
MAY 21, 22
AMOUNT
$15.75
R2305M144230-18

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FROM:

UNITED STATES DEPT. OF TREASURY
1500 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20220

RETURN RECEIPT REQUESTED

United States Courts
Southern District of Texas
FILED
MAY 23 2022
Nathan Ochsner, Clerk of Court

T RATE ENVELOPE
ATE ■ ANY WEIGHT

CKED ■ INSURED


PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

TO:

U.S. District Court
Southern District of Texas
Clerk: Nathan Ochsner
515 Rusk Ave.
Houston, TX 71002