## UNITED STATES DISTRICT COURT

U. S. DEPARTMENT OF THE TREASURY,
     PLAINTIFF

          V                                        CASE#4:2021-cv-03610

SEIZED FEDERAL SECURITIES,
     DEFENDANT

--------------------------------------/

United States Courts
Southern District of Texas
F I L E D

MAY 2 3 2022

Nathan Ochsner, Clerk of Court

### CEASE AND DESIST

TO : ALL 3RD PARTY SERVICE PROVIDERS , et al
RE:(ATTACHED DEFENDANT) BANK OF AMERICA, N.A.
               TIN#56-0906609

     Per. attached 11th Circuit ORDER and supplemental attachments, the (ATTACHED DEFENDANT) has been arrested. Any service provider, contractor, agent, merchant, primary dealer, employee, recipient, class member, payment processor, settlement administrator, payer, payee, intermediary-corresponding bank, and any other person or custodian shall immediately cease and desist all operations, terminate, close, disconnect all services, utilities, registrations, payments, settlements, checks, drafts, invoices, wire transfers, phone-internet, contracts, subscriptions, work- orders, accounts, licenses, leases, bonds, permits, postal-mail, electronically stored info., etc. with the above- mentioned ( ATTACHED DEFENDANT) within 72 hours of receipt, and return evidence of termination along with any property, U.S. Treasury bonds, or money received from the (ATTACHED DEFENDANT)  made payable TO: Trustee Recovery  Account, P.O. Box #381292 42383 Garfield Rd. Clinton Township,  Mich. 48038.

     Whereas, 3rd PARTY is also subject to binding compliance of the National Security Act per. attached warrants in which disclosure to anyone of arrest and cease and desist is prohibited. Failure to comply within the specified time is subject to further arrest and seizure of 3rd PARTY'S assets by the U. S. MARSHALS or any local or state law enforcement officers.

Dated  05-12-2022                    U.S. DEPARTMENT OF THE  TREASURY,
                                                    PLAINTIFF

# UNITED STATES DISTRICT COURT

United States Courts
Southern District of Texas
F I L E D

MAY 0 2 2022

U. S. DEPARTMENT OF THE TREASURY,
     PLAINTIFF

Nathan Ochsner, Clerk of Court

V.

CASE#:2021cv03610

SEIZED FEDERAL SECURITIES,
     DEFENDANT

-------------------------------------------/

## NOTICE OF FORFEITURE

The real property known as BANK OF AMERICA, N. A., Located at 100 N.

Tryon St., Charlotte, N. C. 28202 with all appurtenances and attachments thereon

and any right to collect and receive any profit, rent, and proceeds therefrom

directly or indirectly including all interest held in or secured by the real property

has been attached through the Defendant SEIZED FEDERAL SECURITIES and

forfeited to the Plaintiff per. attached executed warrants.


Dated: 04-12-2022                                    /S/ DUANE L. BERRY
                                                     FEDERAL TRUSTEE

## IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

_____

### No. 21-11738-J

_____

**U.S. DEPARTMENT OF THE TREASURY,**

Plaintiff – Appellee,

versus

**SEIZED FEDERAL SECURITIES,**

Defendant,

**DUANE L. BERRY,**

Interested Party – Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**ORDER:**

The Appellant's motion to stay pending appeal, construed from motion to stay all Orders, Judgments, Mandates, Proceedings or otherwise in this action is GRANTED to the extent that this appeal shall be stayed for a period of sixty (60) days.  The Appellant may file a renewed motion for stay at the expiration of the sixty (60) day-time period if necessary.

The Appellant is directed to file a monthly status report on the 15th of every month until the stay has been lifted.

/s/ Robin S. Rosenbaum
**UNITED STATES CIRCUIT JUDGE**

# UNITED STATES COURT OF APPEALS

**UNITED STATES DEPT. OF THE TREASURY,**
**PLAINTIFF**


**V.**                                                  **CASE#21-11738**


**SEIZED FEDERAL SECURITIES,**
**DEFENDANT**

————————————————/


## STATUS REPORT BY ORDER


The ORDER has been satisfied to the extent that the Plaintiff has arrested

and taken custody of the Defendant by attachments through its Federal Trustee

Duane L Berry and the U. S. Marshals Service. No further stay is necessary. See

attached executed warrants.


                                    **/s/Duane L Berry**
                                    **FEDERAL TRUSTEE**

RECEIVED IN CLERK
U.S.D.C. - Atlanta
APR - 5 2021
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF THE TREASURY, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 1:21-cv-00717-CAP-CCB |
| | § | |
| SEIZED FEDERAL SECURITIES, | § | |
| | § | |
| Defendant, | § | |
| | § | |

## WARRANT FOR ARREST IN REM

TO: THE UNITED STATES MARSHAL AND ANY AUTHORIZED PERSON

WHEREAS, in a matter concerning the National Security of the United States in the above captioned action, the undersigned FEDERAL TRUSTEE, on behalf of the United States Department of the Treasury, has issued a warrant for arrest in rem regarding the recovery and investigation of classified tax records, documents, and banking information pursuant to the National Security Act. [See 50 U.S.C. § 3162(a)(1)]

WHEREAS, the undersigned FEDERAL TRUSTEE is authorized to issue this warrant and no further court action is required. [See 50 U.S.C. § 3162(a)(3)(A) and 26 U.S.C. § 6903]

Dated: March 11, 2021

DUANE L. BERRY
FEDERAL TRUSTEE
(26 USC § 6903)

UNITED STATES DEPARTMENT OF THE TREASURY
1500 Pennsylvania Ave. NW
Washington, DC 20220

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S DEPARTMENT OFTHE TREASURY | 1:21-cv-00717 CAP |
| DEFENDANT | TYPE OF PROCESS |
| SEIZED FEDERAL SECURITIES | SUBPOENA/WARRANT |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Martins Towing Inc

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
17160 Dix Toledo Hwy, Brownstown, MI 48192

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. DEPARTMENT OF THE TREASURY
Attn: Mr. Brent J. McIntosh
(General Counsel)
1500 Pennsylvania Ave., NW
Washington, DC 20220

Number of process to be served with this Form 285: 1

Number of parties to be served in this case: 2

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

(SEE ATTACHED WARRANT)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 29 2021
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER

DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 39 | District to Serve No. E/MI | Signature of Authorized USMS Deputy or Clerk | Date 7/23/21 |
|---|---|---|---|---|---|
| | 1 | | | Ed J Peter Meadows | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Ashley Poore (Office Manager)

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Same as above

| Date 7/23/2021 | Time 9:43 ☐ am ☒ pm |
|---|---|

Signature of U.S. Marshal or Deputy
Ed J Peter Meadows  # 31907

| Service Fee | Total Mileage Charges including endeavors) 14 miles/1 endeavor | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to US Marshal or (Amount of Refund) $0.00 |
|---|---|---|---|---|---|

REMARKS:

Served without incident to Ashley Poore, Office Manager of Martins Towing INC on 7/23/2021 @ 0943 hrs.

PRINT 5 COPIES:
1. CLERK OF THE COURT        # 1 endeavor  7/27/2021
2. USMS RECORD               # 14 miles
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT  # 1 hour

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S. DEPARTMENT OF THE TREASURY | 1:21-cv-00717-CAP |
| DEFENDANT | TYPE OF PROCESS |
| SEIZED FEDERAL SECURITIES | WARRANT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CNN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 CNN Center, Atlanta, GA 30303

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| U.S. DEPARTMENT OF THE TREASURY<br>Attn: Mr. Brent J. McIntosh<br>(General Counsel)<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220 | Number of process to be served with this Form 285: **1**<br>Number of parties to be served in this case: **1**<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses. All Telephone Numbers, and Estimated Times Available for Service):

PLEASE MAINTAIN LEAKED TAX RECORDS, 'SEIZED FEDERAL SECURITIES' (Defendant) in your custody until further notice

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER: --- -- ---- | DATE: 6/16/21 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. A19 | No. A19 | Jason Barr | 7/8/21 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Linda Banks

Address (complete only different than shown above)
289 Culver Street
Lawrenceville, GA 30046

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 16 2021

KEVIN P. WEIMER, Clerk
By: SDA Deputy Clerk

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 13 Aug 21    Time: 1140 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| ✱ | | | $492.24 | | $0.00 |

REMARKS:
1) 464-827-1500  2) legal dept 4-827-4987  CT Corp 289 Culver St. S Lawrenceville
General #   Kelly  3)

✱ See capture report for list of charges.

☐ PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Page: 1 Document Name: untitled

IRPTRN56090660932014000000          *(TY2014)

PAGE 0094 OF 0145

DOCUMENT TYPE: 1099-A
PAYEE ENTITY DATA:        56-0906689
BANK OF AMERICA
100 N TRYON STREET
CHARLOTTE
STATE: NC ZIP: 28202-0000             ACQUISITION DATE: N/A
                                      PERSONAL LIABILITY (BELOW):

ACCOUNT NUMBER: 14 202658BCT
PAYER ENTITY DATA:        476528566
BRIDGEWATER CAPITAL TR
% BANK OF AMERICA TTEE
38742 BRAMHAM ST
CLINTON TWP              MI 48038
ITEM DESCRIPTION: IP/REAL PROPERTY
PRPTY FMV...**************
DEBT OUT...**************

*************************  TAXPAYER  COPY  *************************

Date: 5/1/2018 Time: 5:35:47 PM

9-12

## Internal Revenue Service
### United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| --- |

## Record of Account

| | |
| --- | --- |
| Request Date: | 05-01-2018 |
| Response Date: | 05-01-2018 |
| Tracking Number: | 100386302553 |

FORM NUMBER:      1120
TAX PERIOD:       Dec. 31, 2014

TAXPAYER IDENTIFICATION NUMBER: 56-0906609

BANK OF AMERICA CORPORATION
150 N COLLEGE ST NC1-028-17-06
CHARLOTTE, NC 28202-2271-996

—— ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ——

| | |
| --- | --- |
| ACCOUNT BALANCE: | $0.00 |
| ACCRUED INTEREST: | $0.00 AS OF: May 14, 2018 |
| ACCRUED PENALTY: | $0.00 AS OF: Sep. 15, 2015 |

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):           $0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
| --- | --- |
| NET RECEIPTS: | $977,720.00 |
| TOTAL INCOME: | $110,335,617,690.00 |
| TOTAL DEDUCTIONS: | $96,981,647,929.00 |
| NET TAXABLE INCOME: | $13,353,969,761.00 |
| MINIMUM TAX AMOUNT: | $0.00 |
| ESTIMATED TAX CREDITS: | -$550,324,858.00 |
| PERSONAL HOLDING TAX: | $0.00 |
| ES/7004 PAYMENTS CLAIMED: | -$650,324,858.00 |
| TAX PER RETURN: | $438,897,314.00 |
| NAICS CD: | 551111 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Aug. 26, 2015
PROCESSED DATE                                              Oct. 05, 2015

Record of Account  56-0906609  1120  201412  BANK                        Page 3 of 8

| | | | | |
|---|---|---|---|---|
| 421 | Closed examination of tax return | | 11-29-2016 | $0.00 |
| 424 | Examination Request | | 11-29-2016 | $0.00 |
| 960 | Appointed representative | | 06-30-2017 | $0.00 |
| 290 | Additional tax assessed | 201803 | 02-05-2018 | $0.00 |
| n/a | 83354-409-15117-8 | | | |
| 560 | IRS can assess tax until 12-31-2019 | | 01-30-2018 | $0.00 |

EIN Provided:              56-0906609
Tax Period Requested:      Dec. 31, 2014
Form Number:               1120
Duplicate Amendment Number: 000

The following items reflect the amount as shown on the return as filed or as
adjusted during return processing. It does not include adjustments to the account
after return settlement.

## Original Return

NAME(S) SHOWN ON RETURN: BANK OF AMERICA CORPORATION
ADDRESS:                 150 N COLLEGE ST NC1-028-17-06

                         CHARLOTTE, NC 28202-2271

CYCLE POSTED:            201537
DLN:         93311-238-40546-5
REMITTANCE:              $0.00
RECEIVED DATE:           08-26-2015

## Indicators, Codes, and Miscellaneous Information

CORRESPONDENCE RECEIVED DATE:                                00-00-0000
PARENT CORP EIN:
DESIGNEE CHECKBOX:
DESIGNEE PHONE NUMBER:
TOTAL ASSETS:                                   $3,889,574,776,881.00
SCH K NET OPERATING LOSS CARRYOVER PRIOR TAX YEARS:  $10,292,297,769.00
SCH N TOTAL ESTIMATED TAX INCOME EXCLUSION:                  $0.00

## Income

GROSS RECEIPTS OR SALES:                            $977,720.00
RETURNS AND ALLOWANCES:                                  $0.00
NET RECEIPTS PER COMPUTER:                          $977,720.00
COST OF GOODS SOLD:                                      $0.00
COST OF GOODS SOLD PER COMPUTER:                         $0.00

MORRIS V BANK OF AMERICA SETTLEMENT
PO BOX 4199
PORTLAND OR 97208-4199

| | |
|---|---|
| CHECK DATE: | APRIL 1, 2022 |
| CHECK NUMBER: | 1121316 |
| CHECK AMOUNT: | $2.84 |
| TRACKING NUMBER: | 2742584 |




*400489730062275015*
000 0002176 00000000 0001 0001 02176 INS: 0 0
DUANE L BERRY
38742 BRAMHAM ST
CLINTON TWP MI 48038-3101

AF7171 v.04

This is your settlement payment as a class member of *Morris, et al. v. Bank of America, N.A.,* 3:18-cv-157-RJC-DSC (W.D.N.C.).  In exchange for this payment, you release Bank of America from liability as further set forth in the Settlement Agreement and Release.

The enclosed check is only valid for **180 days** from the issue date. Please deposit promptly.

If you have any questions about your award, please visit the Settlement Website at www.NSFODSettlement.com, contact the Settlement Administrator at 1-855-654-0890 (recorded information only), or write to Morris v. Bank of America Settlement Administrator, P.O. Box 5645, Portland, OR 97228-5645.

---

WARNING: THIS DOCUMENT CONTAINS SEVERAL DOCUMENT SECURITY FEATURES

MORRIS V BANK OF AMERICA SETTLEMENT
PO BOX 4199
PORTLAND OR 97208-4199

The Huntington National Bank

56-1512
441

CHECK NUMBER
1121316

DATE
04/01/2022

Void if not negotiated within one hundred eighty (180) days of date of issue

PAY EXACTLY ********* TWO AND 84/100 DOLLARS

AMOUNT
$2.84

This check may not be cashed at a check cashing
agency or money service business.

PAY TO THE ORDER OF:
DUANE L BERRY

*Brandon L Works*
Authorized Signature

⑆0001121316⑆ ⑆044115126⑆ 01893858293⑈



CERTIFIED MAIL

7021 2720 0001 9067 9300

# PRIORITY MAIL


1004


77002

$15.75
R2305M144230-18

FROM:

■ Expected delivery date specified for domestic use.

■ Most domestic shipments include up to $50 of insurance (restrictions apply).*

■ USPS Tracking® included for domestic and many international destinations.

■ Limited international insurance.**

■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

RETURN RECEIPT REQUESTED

UNITED STATES DEPT. OF TREASURY
1500 PENNSYLVANIA AVE. NW
WASHINGTON,D.C.20220

AT RATE ENVELOPE
RATE ■ ANY WEIGHT

ACKED ■ INSURED


PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

TO:

V. S. District Court
Southern District of Texas
clerk: Nathan Ochsner
515 Rusk Ave.
Houston, TX 77002

United States Courts
Southern District of Texas
FILED

MAY 23 2022

Nathan Ochsner, Clerk of Court