United States Courts
Southern District of Texas
FILED

FEB 0 1 2023

Nathan Ochsner, Clerk of Court

UNITED STATES COURT

UNITED STATES DEPARTMENT OF THE TREASURY,
    Plaintiff

V.                                                                 Case#4:2021-cv-03610

SEIZED FEDERAL SECURITIES,
    Defendant

## ORDER OF SEIZURE

       On 7/8/21 and 7/23/21 the U.S. Marshals Service arrested CLASSIFIED SEIZED FEDERAL SECURITIES per. I.R.S. taxpayer account #56-0906609 BANK OF AMERICA and #14-202658 BCT and forfeited the real property attached to the Plaintiff. See attached U.S.M.-285.

       Pursuant to Federal Civil Rule E(4) the parties listed below are now ordered to seize the arrested attached real property and restore to Plaintiff including all unclaimed tax credits and funds and return per. attached cease and desist instructions.

       Pursuant to Federal Civil Rule 44 this filed stamped document constitutes an official recorded ORDER of the United States.

U.S. MARSHALS SERVICE
D.O.J. AGENTS/OFFICERS
STATE/LOCAL LAW ENFORCEMENT OFFICERS
I.R.S. AGENTS/OFFICERS

Dated 1-16-2023                      /s/ Duane L. Berry
                                          UNITED STATES DEPT. OF THE TREASURY
                                                    Plaintiff

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S DEPARTMENT OF THE TREASURY | 1:21-cv-00717 CAP |
| DEFENDANT | TYPE OF PROCESS |
| SEIZED FEDERAL SECURITIES | SUBPOENA/WARRANT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Martins Towing Inc
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
17160 Dix Toledo Hwy, Brownstown, MI 48192

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. DEPARTMENT OF THE TREASURY
Attn: Mr. Brent J. McIntosh
(General Counsel)
1500 Pennsylvania Ave., NW
Washington, DC 20220

| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

(SEE ATTACHED WARRANT)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 29 2021
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 39 | District to Serve No. E/MI | Signature of Authorized USMS Deputy or Clerk [signature] | Date 7/23/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Ashley Poore (Office Manager)

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Same as above

| Date 7/23/2021 | Time 9:43 ☒ am ☐ pm |
| Signature of U.S. Marshal or Deputy [signature] #31809 |

| Service Fee | Total Mileage Charges including endeavors) 14 miles/1 endeavor | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund) $0.00 |
|---|---|---|---|---|---|

REMARKS: Served without incident to Ashley Poore, Office Manager of Martins Towing INC. on 7/23/2021 @ 0943 hrs.

PRINT 5 COPIES:
1. CLERK OF THE COURT    * 1 endeavor 7/27/2021
2. USMS RECORD           * 14 miles
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT    * 1 hour

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>U.S. DEPARTMENT OF THE TREASURY | COURT CASE NUMBER<br>1:21-cv-00717-CAP |
|---|---|
| DEFENDANT<br>SEIZED FEDERAL SECURITIES | TYPE OF PROCESS<br>WARRANT |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>CNN<br>ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>1 CNN Center, Atlanta, GA 30303 |
|---|---|

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. DEPARTMENT OF THE TREASURY
Attn: Mr. Brent J. McIntosh
(General Counsel)
1500 Pennsylvania Ave., NW
Washington, DC 20220

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE MAINTAIN LEAKED TAX RECORDS, 'SEIZED FEDERAL SECURITIES' (Defendant) in your custody until further notice

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: --- -- ----
DATE: 6/16/21

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. A19 | District to Serve<br>No. A19 | Signature of Authorized USMS Deputy or Clerk | Date<br>7/8/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Linda Banks

Address (complete only different than shown above)
289 Culver Street
Lawrenceville, GA 30046

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 16 2021
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 13 Aug 21    Time: 11:40 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee<br>* | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges<br>$492.24 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:
1) 404-827-1500 General # 2) legal dept 4-827-4987 Kelly 3) CT Corp 289 Culver St. S Lawrenceville

* See capture report for list of charges.

PRINT COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Record of Account   Case: 19-1559   Document: 20   Filed: 11/07/2019   Page: 10   Page 1 of 8
56-0906609   1120   201412   BANK



# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |

## Record of Account

Request Date:   05-01-2018
Response Date:   05-01-2018
Tracking Number:   100386302553

FORM NUMBER:   1120
TAX PERIOD:   Dec. 31, 2014

TAXPAYER IDENTIFICATION NUMBER: 56-090####

BANK OF AMERICA CORPORATION
150 N COLLEGE ST NC1-028-17-06
CHARLOTTE, NC 28202-2271-996

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:   $0.00
ACCRUED INTEREST:   $0.00 AS OF: May 14, 2018
ACCRUED PENALTY:   $0.00 AS OF: Sep. 15, 2015

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):   $0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

NET RECEIPTS:   $977,720.00
TOTAL INCOME:   $110,335,617,690.00
TOTAL DEDUCTIONS:   $96,981,647,929.00
NET TAXABLE INCOME:   $13,353,969,761.00
MINIMUM TAX AMOUNT:   $0.00
ESTIMATED TAX CREDITS:   -$550,324,858.00
PERSONAL HOLDING TAX:   $0.00
ES/7004 PAYMENTS CLAIMED:   -$650,324,858.00
TAX PER RETURN:   $438,897,314.00
NAICS CD:   551111

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Aug. 26, 2015
PROCESSED DATE   Oct. 05, 2015

10-12   https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetail...   5/1/2018

```
421    Closed examination of tax return          11-29-2016        $0.00
424    Examination Request                       11-29-2016        $0.00
960    Appointed representative                  06-30-2017        $0.00
290    Additional tax assessed         201803    02-05-2018        $0.00
n/a    83354-409-15117-8
560    IRS can assess tax until                  01-30-2018        $0.00
       12-31-2019
```

EIN Provided:              56-0906609
Tax Period Requested:      Dec. 31, 2014
Form Number:               1120
Duplicate Amendment Number: 000

The following items reflect the amount as shown on the return as filed or as adjusted during return processing. It does not include adjustments to the account after return settlement.

## Original Return

NAME(S) SHOWN ON RETURN: BANK OF AMERICA CORPORATION
ADDRESS:                 150 N COLLEGE ST NC1-028-17-06

                         CHARLOTTE, NC 28202-2271

CYCLE POSTED:         201537
DLN:                  93311-238-40546-5
REMITTANCE:           $0.00
RECEIVED DATE:        08-26-2015

### Indicators, Codes, and Miscellaneous Information

CORRESPONDENCE RECEIVED DATE:                                    00-00-0000
PARENT CORP EIN:
DESIGNEE CHECKBOX:
DESIGNEE PHONE NUMBER:
TOTAL ASSETS:                                             $3,889,574,776,881.00
SCH K NET OPERATING LOSS CARRYOVER PRIOR TAX YEARS:          $10,292,297,769.00
SCH N TOTAL ESTIMATED TAX INCOME EXCLUSION:                               $0.00

### Income

GROSS RECEIPTS OR SALES:                                            $977,720.00
RETURNS AND ALLOWANCES:                                                   $0.00
NET RECEIPTS PER COMPUTER:                                          $977,720.00
COST OF GOODS SOLD:                                                       $0.00
COST OF GOODS SOLD PER COMPUTER:                                          $0.00

## UNITED STATES DISTRICT COURT

U. S. DEPARTMENT OF THE TREASURY,
    PLAINTIFF

V                                  CASE#4:2021-cv-03610

SEIZED FEDERAL SECURITIES,
    DEFENDANT

United States Courts
Southern District of Texas
FILED

MAY 23 2022

_____/

### CEASE AND DESIST

Nathan Ochsner, Clerk of Court

TO : ALL 3ʳᴰ PARTY SERVICE PROVIDERS , et al
RE:(ATTACHED DEFENDANT) BANK OF AMERICA, N.A.
              TIN#56-0906609

    Per. attached 11ᵗʰ Circuit ORDER and supplemental attachments, the (ATTACHED DEFENDANT) has been arrested. Any service provider, contractor, agent, merchant, primary dealer, employee, recipient, class member, payment processor, settlement administrator, payer, payee, intermediary-corresponding bank, and any other person or custodian shall immediately cease and desist all operations, terminate, close, disconnect all services, utilities, registrations, payments, settlements, checks, drafts, invoices, wire transfers, phone-internet, contracts, subscriptions, work- orders, accounts, licenses, leases, bonds, permits, postal-mail, electronically stored info., etc. with the above- mentioned ( ATTACHED DEFENDANT) within 72 hours of receipt, and return evidence of termination along with any property, U.S. Treasury bonds, or money received from the (ATTACHED DEFENDANT)  made payable TO: Trustee Recovery Account, P.O. Box #381292  42383 Garfield Rd. Clinton Township, Mich. 48038.

    Whereas, 3ʳᵈ PARTY is also subject to binding compliance of the National Security Act per. attached warrants in which disclosure to anyone of arrest and cease and desist is prohibited. Failure to comply within the specified time is subject to further arrest and seizure of 3ʳᵈ PARTY'S assets by the U. S. MARSHALS or any local or state law enforcement officers.

Dated  05-12-2022                        U.S. DEPARTMENT OF THE  TREASURY,
                                                       PLAINTIFF

**CERTIFIED MAIL**

7022 2410 0000 2731 3105

**PRIORITY MAIL**

RDC 04   77002   **$17.15**
R2305M144005-32

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FROM:
UNITED STATES DEPT. OF TREASURY
1500 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20220



United States Courts
Southern District of Texas
FILED

FEB 0 1 2023

Nathan Ochsner, Clerk of Court

#5300

TO:
U.S. District Court
Southern District of Texas
Clerk of the Court
515 Rusk St.
Houston, TX 77002

T RATE ENVELOPE
TE ■ ANY WEIGHT

CKED ■ INSURED

PS00001000014
EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP